IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RICKY ASHLEY                                                                                         PLAINTIFF

v.                             Case No. 4:10-cv-586-DPM

JEREMY HAMMONS, Detective;
BILL JACKSON, Detective;
LANCE SMITH, Deputy; and
BRUCE PENNINGTON, Sheriff                                                          DEFENDANTS

ORDER

Ricky Ashley has not responded to Defendants' motion for summary judgment, which was supported by a statement of undisputed facts, affidavits, and an admirably short brief on the law. Ashley has not met proof with proof. *Celotex Corp. v. Catrett*, 477 U.S. 317, 324 (1986). Though the Court disagrees with the fall-back argument from *Rooker-Feldman*, for the other reasons argued in Defendants' brief, Ashley's complaint fails as a matter of law. Motion, *Document No. 57*, granted. An *in forma pauperis* appeal of this order and the accompanying judgment would not be in good faith. 28 U.S.C.A. § 1915(a)(3) (West 2006).

So Ordered.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 July 2011