IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RICKY ASHLEY**                                                              **PLAINTIFF**

v.                        Case No. 4:10-cv-586-DPM

JEREMY HAMMONS, Detective;
BILL JACKSON, Detective;
LANCE SMITH, Deputy; and
BRUCE PENNINGTON, Sheriff                           **DEFENDANTS**

JUDGMENT

Ashley's complaint is dismissed with prejudice. An *in forma pauperis* appeal would not be in good faith.

_____
D.P. Marshall Jr.
United States District Judge

8 July 2011